# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2024

*The Court of Appeals hereby passes the following order:*

### A24D0294. CYNTHIA A. DICKERSON v. WELLSTAR ATLANTA MEDICAL CENTER, INC. et al.

In this pending medical malpractice action, the plaintiff filed an application for discretionary appeal from the trial court's order imposing OCGA § 9-15-14 (b) attorney fees and expenses on plaintiff's counsel. We, however, lack jurisdiction.

Generally, an application for discretionary appeal is required for appellate review of an award of attorney fees or litigation expenses under OCGA § 9-15-14. See OCGA § 5-6-35 (a) (10), (b). However, where, as here, the action remains pending below and the order is a non-final order that does not resolve all issues in the action, a party is required to follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b) — including obtaining a certificate of immediate review — to challenge a fee award. See generally *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996) (a party seeking appellate review of an interlocutory order that also implicates the discretionary application statute must comply with the interlocutory application statute); see also *Eidson v. Croutch*, 337 Ga. App. 542, 543-545 (788 SE2d 129) (2016) (where attorney fees order is issued prior to final judgment, a party seeking appellate review must follow interlocutory appeal requirements). Thus, the plaintiff in this case was required to follow the interlocutory appeal procedure to challenge the OCGA § 9-15-14 (b) fee award.

Consequently — and pretermitting whether the plaintiff has standing to

challenge the attorney fee award entered against her counsel[1] — her failure to comply with the interlocutory appeal requirements deprives this Court of jurisdiction over this application for discretionary review, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 832-833; *Eidson*, 337 Ga. App. at 543-545.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  04/17/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] See *In the Interest of J. R. P.*, 287 Ga. App. 621, 623-624 (2) (652 SE2d 206) (2007).